# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1092
Lower Tribunal No. 19-20017-CA-01
_____

**Michael Pulwer, et al.,**
Appellants,

vs.

**Pearl Brothers, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

The Law Offices of John E. Bergendahl, John E. Bergendahl, The Law Offices of Kent Harrison Robbins, P.A., and Kent Harrison Robbins, for appellants.

Carlson & Associates, P.A., Curtis Carlson, and Joseph Muzaurieta, for appellees.

Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

We affirm the order under review, save the portion deferring ruling. That aspect of the appeal is dismissed for lack of jurisdiction.

Affirmed in part; dismissed in part.